**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert James GRAVES, Defendant–
Appellant.**

No. 15–7455.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2016.

Decided: March 16, 2016.

Robert James Graves, Appellant Pro Se.
Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *United States v. Graves*, No. 4:99–cr–70049–NKM–RSB–1 (W.D.Va. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*